**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: ARREOLA, MARIA | § | Case No. 14-24161CPJ |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/30/2014. The undersigned trustee was appointed on 06/30/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $     550,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 90,000.00 |
   | Administrative expenses | 215,660.58 |
   | Bank service fees | 190.32 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 150,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 94,149.10 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/12/2015 and the deadline for filing governmental claims was 12/27/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,938.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $19,938.24, for a total compensation of $19,938.24$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $70.54 for total expenses of $70.54$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2016                                By: /s/ Deborah Ebner
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 14-24161CPJ | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | ARREOLA, MARIA | Date Filed (f) or Converted (c): | 06/30/2014 (f) |
| | | § 341(a) Meeting Date: | 08/20/2014 |
| For Period Ending: | 12/14/2016 | Claims Bar Date: | 03/12/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | US Bank checking account | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods; tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, bedroom set, lawn mower, BBQ grill | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, Tapes/Records, Family Pictures | 75.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 7* | Pending workers compensation claim (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Chevrolet Silverado 1500 Extended Cab, Long Bed, with over 200,000 miles (u) | 4,500.00 | 0.00 | | 0.00 | FA |
| 9 | Injury claim for a slip-and-fall. Cook County Case #2013L-009363. Attorneys Collison Law Offices (312)229-1560 and Geraci Arreola and Hernandez (312)499.6201. (u) | 0.00 | 550,000.00 | | 550,000.00 | FA |
| 9 | Assets        Totals      (Excluding unknown values) | **$6,425.00** | **$550,000.00** | | **$550,000.00** | **$0.00** |

RE PROP# 7    cross reference see asset #9

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:** 14-24161CPJ | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** ARREOLA, MARIA | **Date Filed (f) or Converted (c):** 06/30/2014 (f) |
| | **§ 341(a) Meeting Date:** 08/20/2014 |
| **For Period Ending:** 12/14/2016 | **Claims Bar Date:** 03/12/2015 |

**Major Activities Affecting Case Closing:**

12/14/2016 TFR prepared; claims reviewed and attorney fee added;

8/1/2016 - Spoke to Bob Fink, PI Atty. Judge denied all motions for SJ. Mediation set for 8/24 - all day. I will be available all day by phone. Per atty, the lawsuit is a third party action vs. straight WC claim.

5/6/16: Plaintiff depositions have concluded; 3 additional depositions for the month of May 2016; discovery is ongoing

1/5/16: PI atty reports that he will be preparing a demand for the 1mm policy limits and hopes to have it out in next couple of weeks

May 6, 2015 - PI atty reports that deposition of plaintiff + one other is finished and three additional deps are set for end of month. Motions to compel filed and granted
1/29/15 Debtor's p/i atty has been retained and we are monitoring state court action. Case is on case management call July 28, 2015.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020     **Current Projected Date Of Final Report (TFR):** 12/31/2020

UST Form 101-7-TFR (5/1/2011)

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-24161CPJ | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | ARREOLA, MARIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | | Account #: | ******1000 Checking |
| For Period Ending: | 12/14/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/2016 | | Collison Law Offices, Ltd | Net proceeds received from State Court mediated settlement that was approved by BK Court. See docket for order of approval. (Gross proceeds total $550,000.00 | | 460,000.00 | | 460,000.00 |
| | {9} | American Zurich Insurance Company | $90,000.00 disbursed by Commercial Contract Cleaning, et al to American Zurich Insurance.  $550,000.00 | 1229-000 | | | 460,000.00 |
| | | American Zurich Insurance Company subrogee | -$90,000.00 | 4210-000 | | | 460,000.00 |
| 11/22/2016 | 101 | Robert Fink & Collison Law Office, Ltd | Payment of attorney fees pursuant to order entered November 1, 2016 document number 27 | 3210-600 | | 206,250.00 | 253,750.00 |
| 11/22/2016 | 102 | Robert Fink & Collison Law Office, Ltd. | Payment of advanced expenses per order entered 11/1/2016 and document number 27 | 3220-610 | | 9,410.58 | 244,339.42 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

| | | Exhibit B |
|---|---|---:|
| | Form 2 | Page: 2 |

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 14-24161CPJ | | Trustee Name: | Deborah Ebner (330480) |
| Case Name: | ARREOLA, MARIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | | Account #: | ******1000 Checking |
| For Period Ending: | 12/14/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/22/2016 | 103 | ARREOLA, MARIA | Interim surplus distribution per order entered 11/1/16 and document number 27 | 8100-002 | | 150,000.00 | 94,339.42 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 190.32 | 94,149.10 |
| | | **COLUMN TOTALS** | | | 460,000.00 | 365,850.90 | $94,149.10 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 460,000.00 | 365,850.90 | |
| | | Less: Payments to Debtors | | | | 150,000.00 | |
| | | **NET Receipts / Disbursements** | | | $460,000.00 | $215,850.90 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B<br>Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-24161CPJ | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | ARREOLA, MARIA | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9226 | | **Account #:** | ******1000 Checking |
| **For Period Ending:** | 12/14/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1000 Checking | $460,000.00 | $215,850.90 | $94,149.10 |
| | **$460,000.00** | **$215,850.90** | **$94,149.10** |

**UST Form 101-7-TFR (5/1/2011)**

Printed:   12/14/2016 2:28 PM                                                                                                                    Page:   1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 14-24161CPJ ARREOLA, MARIA

**Case Balance:** $94,149.10            **Total Proposed Payment:** $94,149.10            **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| Interim Surplus | Maria Arreola | Secured | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $94,149.10 |
| | **Claim Memo:** Interim surplus distribution pursuant to court order of November 1, 2016 document number 27 | | | | | | | |
| SECURED | American Zurich Insurance Company subrogee | Secured | $90,000.00 | $90,000.00 | $90,000.00 | $0.00 | $0.00 | $94,149.10 |
| | Deborah K. Ebner | Admin Ch. 7 | $4,002.50 | $4,002.50 | $0.00 | $4,002.50 | $4,002.50 | $90,146.60 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Robert Fink & Collison Law Office, Ltd | Admin Ch. 7 | $206,250.00 | $206,250.00 | $206,250.00 | $0.00 | $0.00 | $90,146.60 |
| | <3210-60 Special Counsel for Trustee Fees> | | | | | | | |
| | **Claim Memo:** Payment of final attorney fees per Order entered November 1, 2016 as document no. 27 | | | | | | | |
| | Robert Fink & Collison Law Office, Ltd. | Admin Ch. 7 | $9,410.58 | $9,410.58 | $9,410.58 | $0.00 | $0.00 | $90,146.60 |
| | <3220-61 Special Counsel for Trustee Expenses> | | | | | | | |
| | **Claim Memo:** Costs advanced by attorney and awarded pursuant to order entered November 1, 2016 document number 27 | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $19,938.24 | $19,938.24 | $0.00 | $19,938.24 | $19,938.24 | $70,208.36 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $70.54 | $70.54 | $0.00 | $70.54 | $70.54 | $70,137.82 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | 1 Ally Financial | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |

Printed: 12/14/2016 2:28 PM

Page: 2

## Exhibit C

## Claims Proposed Distribution Register

### Case: 14-24161CPJ ARREOLA, MARIA

**Case Balance:** $94,149.10    **Total Proposed Payment:** $94,149.10    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 10 | First Premier BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 11 | Grant & Weber | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 12 | HSBC Bank Nevada N.A. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 13 | MacNeal Health Network Bankruptcy Department | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 14 | Orchard Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 15 | Quantum3 Group Bankrputcy Department | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 16 | St. Mary of Nazareth Hospital Bankruptcy Department | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 17 | Stroger Hospital | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 18 | T-Mobile USA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 2 | Applied Card Bankruptcy Department | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 3 | Capital One Bankruptcy Department | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 4 | Capital One | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 5 | Certified Services INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |

Printed:  12/14/2016 2:28 PM                                                                                                    Page: 3

## Exhibit C

## Claims Proposed Distribution Register

### Case: 14-24161CPJ ARREOLA, MARIA

**Case Balance:** $94,149.10    **Total Proposed Payment:** $94,149.10    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | 6 Directv | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| | 7 Dr. Chua | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| | 8 Fifth Third Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| | 9 First Premier BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,137.82 |
| 1 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Unsecured | $2,633.52 | $2,633.52 | $0.00 | $2,633.52 | $2,633.52 | $67,504.30 |
| | **Claim Memo:** gen unsec claim ends in 0448 | | | | | | | |
| 2 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Unsecured | $216.42 | $216.42 | $0.00 | $216.42 | $216.42 | $67,287.88 |
| | **Claim Memo:** gen unsec claim ends in 8434 | | | | | | | |
| 3 | American InfoSource LP as agent for DIRECTV, LLC | Unsecured | $325.12 | $325.12 | $0.00 | $325.12 | $325.12 | $66,962.76 |
| | **Claim Memo:** gen unsec claim - Direct TV 5256 | | | | | | | |
| 4 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | Unsecured | $716.28 | $716.28 | $0.00 | $716.28 | $716.28 | $66,246.48 |
| | **Claim Memo:** gen unsec claim ends in 0726 | | | | | | | |
| 1I | Capital One Bank (USA), N.A. by American | Unsecured | N/A | $7.62 | $0.00 | $7.62 | $7.62 | $66,238.86 |

Printed: 12/14/2016 2:28 PM

Page: 4

## Exhibit C

## Claims Proposed Distribution Register

### Case: 14-24161CPJ ARREOLA, MARIA

**Case Balance:** $94,149.10  **Total Proposed Payment:** $94,149.10  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | InfoSource LP as agent | | | | | | | |
| 2I | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Unsecured | N/A | $0.63 | $0.00 | $0.63 | $0.63 | $66,238.23 |
| 3I | American InfoSource LP as agent for DIRECTV, LLC | Unsecured | N/A | $0.94 | $0.00 | $0.94 | $0.94 | $66,237.29 |
| 4I | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | Unsecured | N/A | $2.07 | $0.00 | $2.07 | $2.07 | $66,235.22 |
| SURPLUS | ARREOLA, MARIA | Unsecured | $0.00 | $66,235.22 | $0.00 | $66,235.22 | $66,235.22 | $0.00 |

Printed:  12/14/2016 12:28 PM

Page:  5

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 14-24161CPJ ARREOLA, MARIA**

**Case Balance:** $94,149.10         **Total Proposed Payment:** $94,149.10         **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | **14-24161CPJ** | | $487,454.54 | $549,809.68 | $455,660.58 | $94,149.10 | $94,149.10 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-24161CPJ
Case Name: MARIA ARREOLA
Trustee Name: Deborah Ebner

**Balance on hand:**   $              94,149.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| SECURED HEALTH CA | American Zurich Insurance Company subrogee | 90,000.00 | 90,000.00 | 90,000.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $      94,149.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 19,938.24 | 0.00 | 19,938.24 |
| Trustee, Expenses - Deborah Ebner | 70.54 | 0.00 | 70.54 |
| Attorney for Trustee Fees - Deborah K. Ebner | 4,002.50 | 0.00 | 4,002.50 |
| Special Counsel for Trustee Fees - Robert Fink & Collison Law Office, Ltd | 206,250.00 | 206,250.00 | 0.00 |
| Special Counsel for Trustee Expenses - Robert Fink & Collison Law Office, Ltd. | 9,410.58 | 9,410.58 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $      24,011.28
Remaining balance:   $      70,137.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $      70,137.82

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 70,137.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,891.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 2,633.52 | 0.00 | 2,633.52 |
| 2 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 216.42 | 0.00 | 216.42 |
| 3 | American InfoSource LP as agent for DIRECTV, LLC | 325.12 | 0.00 | 325.12 |
| 4 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | 716.28 | 0.00 | 716.28 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,891.34 |
| Remaining balance: | $ | 66,246.48 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 66,246.48 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

                                      Total to be paid for subordinated claims:  $         0.00
                                      Remaining balance:  $    66,246.48

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $11.26. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $66,235.22.

**UST Form 101-7-TFR(5/1/2011)**