**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  ARREOLA, MARIA    §    Case No. 14-24161CPJ
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $6,425.00 | Assets Exempt: | $6,425.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $93,900.53 | Claims Discharged Without Payment: | $31,231.00 |
| Total Expenses of Administration: | $239,864.25 | | |

3) Total gross receipts of $550,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $216,235.22 (see **Exhibit 2**), yielded net receipts of $333,764.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $90,000.00 | $90,000.00 | $90,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $239,862.18 | $239,862.18 | $239,864.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $31,231.00 | $3,891.34 | $3,902.60 | $3,900.53 |
| **TOTAL DISBURSEMENTS** | $31,231.00 | $333,753.52 | $333,764.78 | $333,764.78 |

4) This case was originally filed under chapter 7 on 06/30/2014.  The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   05/09/2017          By: /s/ Deborah  Ebner
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Injury claim for a slip-and-fall. Cook County Case #2013L-009363. Attorneys Collison Law Offices (312)229-1560 and Gerac | 1229-000 | $550,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$550,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ARREOLA, MARIA | Distribution payment - Dividend paid at 100.00% of $66,235.22; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $66,235.22 |
| ARREOLA, MARIA | Interim surplus distribution per order entered 11/1/16 and document number 27 | 8100-002 | $150,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$216,235.22** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SECURED | American Zurich Insurance Company subrogee | 4210-000 | NA | $90,000.00 | $90,000.00 | $90,000.00 |
| | **TOTAL SECURED** | | **$0.00** | **$90,000.00** | **$90,000.00** | **$90,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $19,938.24 | $19,938.24 | $19,938.24 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $70.54 | $70.54 | $70.54 |
| Attorney for Trustee Fees - Clerk of US Bankruptcy Court | 3110-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - Clerk of the United States Bankruptcy Court | 3110-000 | NA | $0.00 | $0.00 | $2.07 |
| Attorney for Trustee Fees - Deborah K. Ebner | 3110-000 | NA | $4,002.50 | $4,002.50 | $4,002.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $190.32 | $190.32 | $190.32 |
| Special Counsel for Trustee Fees - Robert Fink & Collison Law Office, Ltd | 3210-600 | NA | $206,250.00 | $206,250.00 | $206,250.00 |
| Special Counsel for Trustee Expenses - Robert Fink & Collison Law Office, Ltd. | 3220-610 | NA | $9,410.58 | $9,410.58 | $9,410.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $239,862.18 | $239,862.18 | $239,864.25 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-000 | NA | $2,633.52 | $2,633.52 | $2,633.52 |
| 1I | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7990-000 | NA | NA | $7.62 | $7.62 |
| 2 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 7100-000 | NA | $216.42 | $216.42 | $216.42 |
| 2I | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 7990-000 | NA | NA | $0.63 | $0.63 |
| 3 | American InfoSource LP as agent for DIRECTV, LLC | 7100-000 | NA | $325.12 | $325.12 | $325.12 |
| 3I | American InfoSource LP as agent for DIRECTV, LLC | 7990-000 | NA | NA | $0.94 | $0.94 |
| 4 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | 7100-000 | NA | $716.28 | $716.28 | $716.28 |
| 4I | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | 7990-000 | NA | NA | $2.07 | $0.00 |
| N/F | 1 Ally Financial | 7100-000 | $8,369.00 | NA | NA | NA |
| N/F | 10 First Premier BANK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 11 Grant & Weber | 7100-000 | $181.00 | NA | NA | NA |
| N/F | 12 HSBC Bank Nevada N.A. | 7100-000 | $716.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | 13 MacNeal Health Network Bankruptcy Department | 7100-000 | $100.00 | NA | NA | NA |
| N/F | 14 Orchard Bank | 7100-000 | $600.00 | NA | NA | NA |
| N/F | 15 Quantum3 Group Bankrputcy Department | 7100-000 | $2,271.00 | NA | NA | NA |
| N/F | 16 St. Mary of Nazareth Hospital Bankruptcy Department | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | 17 Stroger Hospital | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | 18 T-Mobile USA | 7100-000 | $1,225.00 | NA | NA | NA |
| N/F | 2 Applied Card Bankruptcy Department | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | 3 Capital One Bankruptcy Department | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | 4 Capital One | 7100-000 | $2,633.00 | NA | NA | NA |
| N/F | 5 Certified Services INC | 7100-000 | $811.00 | NA | NA | NA |
| N/F | 6 Directv | 7100-000 | $325.00 | NA | NA | NA |
| N/F | 7 Dr. Chua | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | 8 Fifth Third Bank | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | 9 First Premier BANK | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$31,231.00** | **$3,891.34** | **$3,902.60** | **$3,900.53** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 14-24161CPJ | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | ARREOLA, MARIA | Date Filed (f) or Converted (c): | 06/30/2014 (f) |
| | | § 341(a) Meeting Date: | 08/20/2014 |
| For Period Ending: | 05/09/2017 | Claims Bar Date: | 03/12/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | US Bank checking account | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods; tv, vcr, stereo, couch, utensils, vacuum, table, chairs, lamps, bedroom set, lawn mower, BBQ grill | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Books, CD's, DVD's, Tapes/Records, Family Pictures | 75.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 7* | Pending workers compensation claim (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2002 Chevrolet Silverado 1500 Extended Cab, Long Bed, with over 200,000 miles (u) | 4,500.00 | 0.00 | | 0.00 | FA |
| 9 | Injury claim for a slip-and-fall. Cook County Case #2013L-009363. Attorneys Collison Law Offices (312)229-1560 and Geraci Arreola and Hernandez (312)499.6201. (u) | 0.00 | 550,000.00 | | 550,000.00 | FA |
| 9 | Assets     Totals     (Excluding unknown values) | **$6,425.00** | **$550,000.00** | | **$550,000.00** | **$0.00** |

RE PROP# 7    cross reference see asset #9

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 14-24161CPJ | **Trustee Name:** (330480) Deborah Ebner |
| **Case Name:** ARREOLA, MARIA | **Date Filed (f) or Converted (c):** 06/30/2014 (f) |
| | **§ 341(a) Meeting Date:** 08/20/2014 |
| **For Period Ending:** 05/09/2017 | **Claims Bar Date:** 03/12/2015 |

**Major Activities Affecting Case Closing:**

12/14/2016 TFR prepared; claims reviewed and attorney fee added;

8/1/2016 - Spoke to Bob Fink, PI Atty. Judge denied all motions for SJ. Mediation set for 8/24 - all day. I will be available all day by phone. Per atty, the lawsuit is a third party action vs. straight WC claim.

5/6/16: Plaintiff depositions have concluded; 3 additional depositions for the month of May 2016; discovery is ongoing

1/5/16: PI atty reports that he will be preparing a demand for the 1mm policy limits and hopes to have it out in next couple of weeks

May 6, 2015 - PI atty reports that deposition of plaintiff + one other is finished and three additional deps are set for end of month. Motions to compel filed and granted

1/29/15 Debtor's p/i atty has been retained and we are monitoring state court action. Case is on case management call July 28, 2015.

**Initial Projected Date Of Final Report (TFR):**     12/31/2020        **Current Projected Date Of Final Report (TFR):**     12/14/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 14-24161CPJ | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | ARREOLA, MARIA | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9226 | | **Account #:** | ******1000 Checking |
| **For Period Ending:** | 05/09/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/2016 | | Collison Law Offices, Ltd | Net proceeds received from State Court mediated settlement that was approved by BK Court. See docket for order of approval. (Gross proceeds total $550,000.00 | | 460,000.00 | | 460,000.00 |
| | {9} | American Zurich Insurance Company | $90,000.00 disbursed by Commercial Contract Cleaning, et al to American Zurich Insurance.  $550,000.00 | 1229-000 | | | 460,000.00 |
| | | American Zurich Insurance Company subrogee | -$90,000.00 | 4210-000 | | | 460,000.00 |
| 11/22/2016 | 101 | Robert Fink & Collison Law Office, Ltd | Payment of attorney fees pursuant to order entered November 1, 2016 document number 27 | 3210-600 | | 206,250.00 | 253,750.00 |
| 11/22/2016 | 102 | Robert Fink & Collison Law Office, Ltd. | Payment of advanced expenses per order entered 11/1/2016 and document number 27 | 3220-610 | | 9,410.58 | 244,339.42 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-24161CPJ | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | ARREOLA, MARIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | | Account #: | ******1000 Checking |
| For Period Ending: | 05/09/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/22/2016 | 103 | ARREOLA, MARIA | Interim surplus distribution per order entered 11/1/16 and document number 27 | 8100-002 | | 150,000.00 | 94,339.42 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 190.32 | 94,149.10 |
| 01/25/2017 | 104 | Deborah K. Ebner | Distribution payment - Dividend paid at 100.00% of $4,002.50; Claim # ADMIN; Filed: $4,002.50 | 3110-000 | | 4,002.50 | 90,146.60 |
| 01/25/2017 | 105 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $19,938.24; Claim # FEE; Filed: $19,938.24 | 2100-000 | | 19,938.24 | 70,208.36 |
| 01/25/2017 | 106 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $70.54; Claim # TE; Filed: $70.54 | 2200-000 | | 70.54 | 70,137.82 |
| 01/25/2017 | 107 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Distribution payment - Dividend paid at 100.00% of $2,633.52; Claim # 1; Filed: $2,633.52 | 7100-000 | | 2,633.52 | 67,504.30 |
| 01/25/2017 | 108 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Distribution payment - Dividend paid at 0.29% of $2,633.52; Claim # 1; Filed: $2,633.52 Voided on 02/20/2017 | 7990-000 | | 7.62 | 67,496.68 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-24161CPJ | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ARREOLA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | Account #: | ******1000 Checking |
| For Period Ending: | 05/09/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/2017 | 109 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Distribution payment - Dividend paid at 100.00% of $216.42; Claim # 2; Filed: $216.42 | 7100-000 | | 216.42 | 67,280.26 |
| 01/25/2017 | 110 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Distribution payment - Dividend paid at 0.29% of $216.42; Claim # 2; Filed: $216.42 | 7990-000 | | 0.63 | 67,279.63 |
| 01/25/2017 | 111 | American InfoSource LP as agent for DIRECTV, LLC | Distribution payment - Dividend paid at 100.00% of $325.12; Claim # 3; Filed: $325.12 | 7100-000 | | 325.12 | 66,954.51 |
| 01/25/2017 | 112 | American InfoSource LP as agent for DIRECTV, LLC | Distribution payment - Dividend paid at 0.29% of $325.12; Claim # 3; Filed: $325.12 | 7990-000 | | 0.94 | 66,953.57 |
| 01/25/2017 | 113 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | Distribution payment - Dividend paid at 100.00% of $716.28; Claim # 4; Filed: $716.28 | 7100-000 | | 716.28 | 66,237.29 |
| 01/25/2017 | 114 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | Distribution payment - Dividend paid at 0.29% of $716.28; Claim # 4; Filed: $716.28 Stopped on 04/26/2017 | 7990-000 | | 2.07 | 66,235.22 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

|   |   | Exhibit 9 |
|---|---|---|
|   |   | Page: 4 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-24161CPJ | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ARREOLA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | Account #: | ******1000 Checking |
| For Period Ending: | 05/09/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|   |   | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/2017 | 115 | ARREOLA, MARIA | Distribution payment - Dividend paid at 100.00% of $66,235.22; Claim # SURPLUS; Filed: $0.00 | 8200-002 |  | 66,235.22 | 0.00 |
| 02/20/2017 | 108 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Distribution payment - Dividend paid at 0.29% of $2,633.52; Claim # 1; Filed: $2,633.52 Voided: check issued on 01/25/2017 | 7990-000 |  | -7.62 | 7.62 |
| 02/20/2017 | 116 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | REISSUE CHECK DUE TO UNREADABLE ACCOUNT AND ROUTING NUMBERS | 7990-000 |  | 7.62 | 0.00 |
| 04/26/2017 | 114 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, N.A. (Fifth Th | Distribution payment - Dividend paid at 0.29% of $716.28; Claim # 4; Filed: $716.28 Stopped: check issued on 01/25/2017 | 7990-000 |  | -2.07 | 2.07 |
| 04/27/2017 | 117 | Clerk of the United States Bankruptcy Court | Turnover of funds to Clerk of Court | 3110-000 |  | 2.07 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 14-24161CPJ | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ARREOLA, MARIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9226 | Account #: | ******1000 Checking |
| For Period Ending: | 05/09/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 460,000.00 | 460,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 460,000.00 | 460,000.00 | |
| | | | Less: Payments to Debtors | | | 216,235.22 | |
| | | | NET Receipts / Disbursements | | $460,000.00 | $243,764.78 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| | |
|---|---|
| **Case No.:** | 14-24161CPJ |
| **Case Name:** | ARREOLA, MARIA |
| **Taxpayer ID #:** | **-***9226 |
| **For Period Ending:** | 05/09/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1000 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1000 Checking | $460,000.00 | $243,764.78 | $0.00 |
| | $460,000.00 | $243,764.78 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**